**John J. O'LAUGHLIN, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

No. 6495.

United States Court of Appeals for the District of Columbia.

Argued Nov. 8, 1935.
Decided Dec. 16, 1935.

Laurence Graves, of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Nathan Gammon, Sewall Key, John MacC. Hudson, and Harry Marselli, all of Washington, D. C., for respondent.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, GRONER, and STEPHENS, Associate Justices.

GRONER, Associate Justice.

The facts in this case are admittedly identical to those in —— App.D.C. ——, 81 F.(2d) 269 (decided herewith), and the conclusion must, therefore, be the same.

Order affirmed.